ACCEPTED
14-14-00807-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 5:55:27 PM
CHRISTOPHER PRINE
CLERK

# No. 14-14-00807-CV

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 5:55:27 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS

_____

THE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO,

APPELLANT

V.

JAMES GOMEZ, AS RECEIVER FOR ARRIBA LIMITED, AND CARLOS RYERSON,

APPELLEES

&

# No. 14-14-00834-CV

_____

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS

_____

CARLOS RYERSON,

APPELLANT

V.

THE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO,

APPELLEES

_____

On Appeal from the 281st Judicial District Court
Harris County, Texas, the Hon. Sylvia A. Matthews presiding
Trial Court Cause No. 1985-35446-AC

_____

**SECOND AGREED MOTION TO EXTEND TIME**
**TO FILE BRIEFS AS APPELLANTS**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

All parties to these appeals—Appellant/Cross-Appellee The Petroleum Workers Union of the Republic of Mexico (the "Union"); Cross-Appellant/Appellee James Gomez, as Receiver for Arriba Limited ("Arriba"); and Appellant/Appellee Carlos Ryerson—jointly request a 14-day extension of time to file their respective Briefs as Appellants, and would respectfully show the Court as follows:

All appellants' respective opening briefs are currently due May 27, 2015. The parties jointly request a 14-day extension of time to file their briefs, making these briefs due Wednesday, June 10, 2015. This is the parties' second request for an extension of time regarding their briefs as appellants, as the Court previously granted the parties' agreed motion to enter a briefing schedule. At this time, the parties are not seeking modification of the current deadlines for filing their briefs as appellees (August 25, 2015) or reply briefs (October 9, 2015).

Counsel for the Union needs additional time to prepare and file its brief because its counsel has been working to comply with concurrent deadlines in trial and appellate matters, including participating in a 7-day trial in Nueces County that concluded on May 19, 2015. Counsel for Ryerson also needs additional time because he has been working to comply with concurrent deadlines in other matters.

Counsel for Arriba has no objection, does not oppose, and therefore joins in this motion to extend time. The parties also desire to keep the briefing deadlines for all appellants consistent. In addition, both the Union and Arriba have had to request that the district court clerk prepare and file a supplemental clerk's record containing documents that were originally requested but not included in the clerk's record. To the extent the clerk has not supplemented the record as requested, or as may be subsequently requested, before the proposed June 10, 2015 deadline, the parties will not object to any party filing an opening brief on June 10 with citations to the imaged documents at the district court that were omitted from the clerk's record, and then filing a subsequent supplemental brief to include citations to the supplemental clerk's record once it has been transmitted by the clerk.

**PRAYER**

Appellant/Cross-Appellee The Petroleum Workers Union of the Republic of Mexico; Cross-Appellant/Appellee James Gomez, as Receiver for Arriba Limited; and Appellant/Appellee Carlos Ryerson respectfully request that the Court grant this joint motion and extend the deadline for each party to file its respective brief as appellant until Wednesday, June 10, 2015.

Respectfully submitted,


*/s/ Michael Choyke*
Paul Simon
State Bar No. 24003276
SIMON HERBERT & MCCLELLAND, LLP
3411 Richmond Ave., Ste. 400
Houston, Texas 77046
(713) 987-7100
(713) 987-7120 (fax)
psimon@shmsfirm.com

Michael Choyke
State Bar No. 00793504
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas  77056
(713) 572-4321
(713) 572-4320 (fax)
choyke@wrightclose.com

**ATTORNEYS FOR
THE PETROLEUM WORKERS
UNION OF THE REPUBLIC
OF MEXICO**

*/s/ Michael J. Perez* *(by permission)*
Michael J. Perez
PEREZ & WILSON, LLP
750 B Street, Suite 3300
San Diego, California 92101
(619) 741-0282
(619) 460-0437 (fax)
perez@perezwilson.com

Steven Ward Williams
SMITH SOVIK KENDRIG & SUGRET, PC
250 S. Clinton Street, Suite 600
Syracuse, New York 13202
(315) 474-2911

4

(315) 474-6015 (fax)
swilliams@smithsovik.com

Brian A. Calhoun
State Bar No. 24044827
Calhoun, Bhella, & Sechrest, LLP
325 N. St. Paul St., Suite 2300
Dallas, Texas 75201
(214) 981-9258
(214) 981-9203 (fax)
bcalhoun@cbsattorneys.com

**ATTORNEYS FOR
JAMES GOMEZ, AS RECEIVER
FOR ARRIBA LIMITED**

*/s/ Carlos Ryerson* *(by permission)*
Carlos Ryerson
State Bar No. 17492500
Ryerson & Associates, P.C.
The Kirby Mansion
2000 Smith Street
Houston, Texas 77002-8652
(713) 307-9900
(832) 383-9320 (fax)
carlos.ryerson@ryersonlaw.com

**ATTORNEYS FOR
CARLOS RYERSON**

## CERTIFICATE OF CONFERENCE

I certify that I conferred by email with Jeffrey Feasby, counsel for James Gomez, as Receiver for Arriba Limited, and with Carlos Ryerson, and they agree with this request for an extension of time.

/s/ *Michael Choyke*
Michael Choyke


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served on all counsel of record electronically on May 22, 2015.

Michael J. Perez
PEREZ & WILSON, LLP
750 B Street, Suite 3300
San Diego, California 92101
(619) 741-0282
(619) 460-0437 (fax)
perez@perezwilson.com

Steven Ward Williams
SMITH SOVIK KENDRIG & SUGRET, PC
250 S. Clinton Street
Suite 600
Syracuse, New York 13202
(315) 474-2911
(315) 474-6015 (fax)
swilliams@smithsovik.com

Brian A. Calhoun
CALHOUN, BHELLA, & SECHREST, LLP
325 N. St. Paul St., Suite 2300
Dallas, Texas 75201
(214) 981-9258
(214) 981-9203 (fax)
bcalhoun@cbsattorneys.com

Carlos Ryerson
RYERSON & ASSOCIATES, P.C.
The Kirby Mansion
2000 Smith Street
Houston, Texas 77002-8652
(713) 307-9900
(832) 383-9320 (fax)
carlos.ryerson@ryersonlaw.com

/s/ *Michael Choyke*
Michael Choyke